**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WILSON YAK,                                          Case No. 26-CV-3513 (JMB/JFD)

        Plaintiff,

v.                                                                          **ORDER**

HUNTER WARFIELD, INC.,

        Defendant.

---

**IT IS HEREBY ORDERED THAT**:

1.    The application to proceed *in forma pauperis* of plaintiff Wilson Yak [Dkt. No. 2] is **GRANTED**.

2.    If Mr. Yak intends to effect service of process through officers of the Court, then he must submit a properly completed Marshal Service Form (Form USM-285) for the defendant. If Mr. Yak does not complete and return the Marshal Service Form within 30 days of this order or otherwise inform the Court that he intends to effect service of process or seek waiver of service on his own behalf, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. A Marshal Service Form will be provided to Mr. Yak by the Court.

3.    After the return of the completed Marshal Service Form, the Clerk of Court is directed to seek waiver of service from defendant Hunter Warfield, Inc., consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4.     If a defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

Date: August 5, 2026

 *s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

2